UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARCO T. BARBANTI, a single person,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BENEFICIAL WASHINGTON INC., dba BENEFICIAL MORTGAGE CO. OF WASHINGTON, a Delaware corporation, a/k/a HOUSEHOLD INTERNATIONAL, a/k/a HFC, a/k/a HSBC Consumer Lending, a/k/a Household Finance Corporation, a/k/a HSBC; and REGIONAL TRUSTEE SERVICES CORPORATION, a Washington corporation,<br><br>　　　　　Defendants. | No. CV-08-0119-FVS<br><br>ORDER OF DISMISSAL |

　　　The parties having stipulated for dismissal in the above-entitled matter,

　　　**IT IS HEREBY ORDERED:**

　　　1. Pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is **DISMISSED WITH PREJUDICE** without costs or fees to any party.

　　　2. The Plaintiff's Withdrawal of Motion for Order to Restrain Trustee's Sale, **Ct. Rec. 6**, is **GRANTED**.

　　　3. The Plaintiff's Motion For Order to Restrain Trustee's Sale, **Ct. Rec. 2**, is **STRICKEN**.

ORDER OF DISMISSAL- 1

1  **IT IS SO ORDERED.**  The District Court Executive is hereby
2  directed to enter this order, furnish copies to counsel, and **CLOSE THE**
3  **FILE.**
4      **DATED** this  30th  day of June, 2008.

                           s/ Fred Van Sickle
                            Fred Van Sickle
                 Senior United States District Judge

ORDER OF DISMISSAL- 2